AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ELLIS WATSON, derivative and on behalf of himself and others similarly situated and ELLIS TRANSPORTATION SERVICE, INC., <br><br> *Plaintiff(s)* <br> v. <br> ELLIS TRANSPORTATION ADMINISTRATION LLC, ALBERT HOYTE, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> CV 16 - 1715 <br> Civil Action No. <br><br> COGAN, J. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

WESLYN PERRY
65 Robinwood Ave
Hempstead NY 11550

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: APR 08 2016

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ELLIS WATSON, derivative and on behalf of himself and others similarly situated and ELLIS TRANSPORTATION SERVICE, INC., <br><br> *Plaintiff(s)* <br><br> v. <br><br> ELLIS TRANSPORTATION ADMINISTRATION LLC, ALBERT HOYTE, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) **CV 16  1715** <br><br> Civil Action No. <br><br><br> **COGAN, J.** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ALBERT HOYTE
65 ROBINWOOD AVE
HEMPSTEAD NY 11550

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: **APR 08 2016**

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| ELLIS WATSON, derivative and on behalf of himself and others similarly situated and ELLIS TRANSPORTATION SERVICE, INC., | ) ) ) ) | **CV 16   1715** |
| *Plaintiff(s)* | ) ) | Civil Action No. |
| v. | ) | |
| ELLIS TRANSPORTATION ADMINISTRATION LLC, ALBERT HOYTE, et al. | ) ) ) ) | COGAN, J. |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Collette Stephens Louison
346 Saratoga Ave
Brooklyn NY 11233

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: APR 08 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ELLIS WATSON, derivative and on behalf of himself and others similarly situated and ELLIS TRANSPORTATION SERVICE, INC., <br><br> *Plaintiff(s)* <br> v. <br> ELLIS TRANSPORTATION ADMINISTRATION LLC, ALBERT HOYTE, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. **CV 16 - 1715** <br><br> **COGAN, J.** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Veronica C. Pansuam
459 Glenmore Ave
Brooklyn NY 11207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: **APR 08 2016**

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ELLIS WATSON, derivative and on behalf of himself and others similarly situated and ELLIS TRANSPORTATION SERVICE, INC., <br><br> *Plaintiff(s)* <br> v. <br> ELLIS TRANSPORTATION ADMINISTRATION LLC, ALBERT HOYTE, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. <br><br> **CV 16 - 1715** <br><br> COGAN, J. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dave Forbes
605 Eggerts Crossing Rd
Ewing NJ 08638

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: **APR 08 2016**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| ELLIS WATSON, derivative and on behalf of himself and others similarly situated and ELLIS TRANSPORTATION SERVICE, INC., <br><br> *Plaintiff(s)* <br> v. <br> ELLIS TRANSPORTATION ADMINISTRATION LLC, ALBERT HOYTE, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | **CV 16    1715** <br> Civil Action No. <br><br> COGAN, J. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Suzette Tulloch Forbes
605 Eggerts Crossing Rd
Ewing NJ 08638

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: **APR 08 2016**

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ELLIS WATSON, derivative and on behalf of himself and others similarly situated and ELLIS TRANSPORTATION SERVICE, INC., <br><br> *Plaintiff(s)* <br> v. <br> ELLIS TRANSPORTATION ADMINISTRATION LLC, ALBERT HOYTE, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

CV 16    1715

Civil Action No.

COGAN, J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ellis Transportation Association LLC
253 Ralph Ave Ste 2
Brooklyn NY 11233

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: APR 08 2016

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ELLIS WATSON, derivative and on behalf of himself and others similarly situated and ELLIS TRANSPORTATION SERVICE, INC., <br><br> *Plaintiff(s)* <br><br> v. <br><br> ELLIS TRANSPORTATION ADMINISTRATION LLC, ALBERT HOYTE, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  **CV 16   1715** <br><br> Civil Action No. <br><br> **COGAN, J.** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ellis Transportation Service Inc.
253 Ralph Ave
Brooklyn NY 11201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: **APR 08 2016**

_____
*Signature of Clerk or Deputy Clerk*